**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHERI STRANDBERG, | Case No.:   2:15-CV-02468-RCJ-PAL |
| Plaintiff, | |
| v. | **ORDER SETTING HEARING** |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY. *et al.*, | |
| Defendants. | |

**ORDER IN CHAMBERS**

Presently before the Court, is a Motion to Dismiss Plaintiff's Complaint (ECF #2).  Accordingly,

IT IS HEREBY ORDERED that ORAL ARGUMENT  is set for 10:00 A.M.  Friday, February 12, 2016, in LAS VEGAS COURTROOM TBD, before Judge Robert C. Jones.

IT IS SO ORDERED this 6th day of January, 2016.

_____
ROBERT C. JONES
District Judge