UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CHERI STRANDBERG,<br><br>                              Plaintiff,<br>v.<br><br>STATE FARM MUTUAL AUTO INSURANCE COMPANY,<br><br>                              Defendant. | Case No. 2:15-cv-02468-RCJ-PAL<br><br>ORDER |

This matter is before the court on the parties' failure to file a joint status report as required in Order (Dkt. ##4, 5) entered December 24, 2016, regarding removal of this case to federal district court. Accordingly,

**IT IS ORDERED** that the parties shall file a joint status report **no later than February 18, 2016,** which must:

1. Set for the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.

2. Include a statement by counsel of action required to be taken by this court.

3. Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

DATED this 4th day of February, 2016.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1